IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DIXIE BROWN,                          )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    CASE NO. CV417-202
                                      )
PONTUS LLC and IVAYLO                 )
DIMITRIV,                             )
                                      )    **U. S. DISTRICT COURT**
                                      )    **Southern District of Ga.**
        Defendants.                   )    **Filed in Office**
                                      )    _____M___
                                           ᴵＱᗫ ᔕ ᴷᴼ
                                           _____
                                           **Deputy Clerk**

**O R D E R**

On October 23, 2017, Plaintiff Dixie Brown brought suit
seeking relief for violations of the Fair Labor Standards Act
("FLSA"), sexual assault and battery, invasion of privacy, and
intentional infliction of emotional distress. In her complaint,
Plaintiff alleges that the Court has jurisdiction over these
claims pursuant to 28 U.S.C. §§ 1331 and 1367. However, the
Court is not persuaded that it has jurisdiction over all of
Plaintiff's claims.

The Court agrees that Plaintiff's FLSA claims fall within
the Court's federal question jurisdiction as defined in 28
U.S.C. § 1331. However, the Court is skeptical of its
jurisdiction over the state law claims relating to the alleged
sexual assault. For this Court to have jurisdiction pursuant to
28 U.S.C. § 1367, "the state and federal claims must derive from

a common nucleus of operative fact." <u>United Mine Workers of Am.</u>
<u>v. Gibbs</u>, 383 U.S. 715, 725 (1966). In this case, it is unclear
how Plaintiff's claims under the FLSA derive from the same
common nucleus of operative fact as Plaintiff's sexual assault
and related state law claims. Accordingly, Plaintiff is **DIRECTED**
to file within **fourteen days** from the date of this order a brief
detailing why the Court has supplemental jurisdiction over
Plaintiff's state law claims.

SO ORDERED this 25th day of October 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA