# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DIXIE BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>PONTUS LLC and IVAYLO DIMITROV,<br><br>        Defendants. | CIVIL ACTION FILE<br>NO. 4:17-cv-00202-WTM-GRS |

## **ORDER**

**THE PARTIES HAVING SO STIPULATED**, the Court hereby enters and approves their stipulation as to the Order of this Court.

**SO ORDERED,** this 22nd day of February, 2018.

_____
G.R. SMITH
UNITED STATES MAGISTRATE JUDGE

11720506v.1