IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DIXIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 4:17-cv-00202-WTM-GRS |
| PONTUS LLC and IVAYLO DIMITROV, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon review of the Consent Motion to Take the Deposition of Defendant Ivaylo Dimitrov, it is hereby ORDERED that Plaintiff and Plaintiff's counsel, as well as Defendants' counsel, and authorized stenographers be permitted access at the Stewart Detention Center on June 27, 2018 and that Ivaylo Dimitrov be made available there at 1:00 PM by United States Immigration and Customs Enforcement for the taking of his deposition by stenographic means and video recording.

IT IS SO ORDERED THIS 20th DAY OF JUNE, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA