FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 DEC 19 PM 4:25

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DIXIE BROWN,

    Plaintiff,

v.

PONTUS LLC and IVAYLO DIMITRIV,

    Defendants.

CASE NO. CV417-202

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 30.) Typically, a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. of Civ. P. 41(a)(1)(A)(ii). In this case, however, the parties' stipulation is improper at this time.

In her complaint, Plaintiff Brown brought suit seeking damages arising from an alleged sexual assault, employment discrimination under Tile VII of the Civil Rights Act, and violations of the Fair Labor Standards Act ("FLSA"). (Doc. 10.) Because Plaintiff's complaint sought recovery for violations of the FLSA, this Court must first review any proposed settlement terms before this action can be properly dismissed. See Dees v. Hydradry, Inc., 706 F. Supp. 2d 1227, 1231 (M.D. Fla. 2010) ("Although a private

settlement and stipulation for dismissal ends the typical case without judicial intervention, the Eleventh Circuit requires the district court to review the settlement of an FLSA claim.") (citing Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982)). As a result, the parties are not able to stipulate to the dismissal of Plaintiff's FLSA claims without this Court first reviewing any proposed settlement agreement reached by the parties. Accordingly, the parties are **DIRECTED** to file within **twenty-one days** from the date of this order either the proposed settlement agreement for this Court's review or a brief detailing why the parties should not have to file a proposed settlement for the Court's review.

SO ORDERED this 19th day of December 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA